UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRANS OIL INTERNATIONAL S.A.,

          Plaintiff,   08 CV

-v-

               **STATEMENT PURSUANT**
               **TO F.R.C.P. 7.1**

SARL SOCETRAM,

         Defendant.
------------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, TRANS OIL INTERNATIONAL S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
   November 20, 2008

              CHALOS & CO, P.C.
              Attorneys for Plaintiff
              TRANS OIL INTERNATIONAL S.A.

     By: _____
              George M. Chalos (GC-8693)
              123 South Street
              Oyster Bay, New York 11771
              Tel: (516) 714-4300
              Fax: (866) 702-4577
              Email: gmc@chaloslaw.com

Chalos & Co ref: 2072.001